**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: : | |
| : | Case No. 14-54752 |
| Shawn J. Milliron, : | Chapter 13 |
| : | Judge John E. Hoffman, Jr. |
| Debtor. : | |
| : | |

**NOTICE OF CHANGE OF ADDRESS FOR
<u>DEBTOR SHAWN J. MILLIRON</u>**

Notice of Change of Address

Debtor's Former Mailing Address was:

Name:            Shawn J. Milliron
Street:            P.O. Box 72229
City, State, Zip:   Columbus, OH 43207

**Please be advised that effective March 3, 2015,**

Debtor's new mailing address is:

Name:            Shawn J. Milliron
Street:            P.O. Box 307401-7401
City, State, Zip:   Columbus, OH 43230

                Respectfully submitted,

                /s/ Kristin Radwanick
                Susan L. Rhiel (0034533)
                Kristin Radwanick (0079106)
                RHIEL & ASSOCIATES CO., LPA
                394 East Town Street
                Columbus, Ohio  43215
                Telephone:  (614) 221-4670
                Facsimile:  (614) 221-0326
                Attorney for Debtor Shawn J. Milliron

# CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and accurate copy of the foregoing Notice of Substitution of Counsel for Debtor Shawn J. Milliron was served upon the parties listed below by electronic and/or regular U.S. mail, postage prepaid, this 4th day of March, 2015.

                                                /s/ Kristin Radwanick
                                                Kristin Radwanick

Names and addresses of parties served *Via service through ECF system*

- Asst US Trustee (Col) - ustpregion09.cb.ecf@usdoj.gov
- Faye D. English - notices@ch13columbus.com

**Manual Notice List** *Via U.S. Mail, Postage Prepaid:*

    Shawn Milliron
    P.O. Box 307401-7401
    Columbus, OH 43230