# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                    :
                                          :
   Shawn J. Milliron,                  :     Case No. 14-54752
                                          :     Chapter 13
                                          :     Judge John E. Hoffman, Jr.
              Debtor.        :
                                          :

## NOTICE OF CHANGE OF ADDRESS FOR
## DEBTOR SHAWN J. MILLIRON

Notice of Change of Address

Debtor's Former Mailing Address was:

| | |
|---|---|
| Name: | Shawn J. Milliron |
| Street: | P.O. Box 307401-7401 |
| City, State, Zip: | Columbus, OH 43230 |

**Please be advised that effective November 3, 2015,**

Debtor's new mailing address is:

| | |
|---|---|
| Name: | Shawn J. Milliron |
| Street: | 160 N. Wall Street #306 |
| City, State, Zip: | Columbus, OH 43215 |

                                                 Respectfully submitted,

                                                 /s/ Kristin Radwanick
                                                 Susan L. Rhiel (0034533)
                                                 Kristin Radwanick (0079106)
                                                 RHIEL & ASSOCIATES CO., LPA
                                                 394 East Town Street
                                                 Columbus, Ohio  43215
                                                 Telephone:  (614) 221-4670
                                                 Facsimile:  (614) 221-0326
                                                 Attorney for Debtor Shawn J. Milliron

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of the foregoing Notice of Change of Address for Debtor Shawn J. Milliron was served upon the parties listed below by electronic and/or regular U.S. mail, postage prepaid, this day November 3, 2015.

/s/ Kristin Radwanick
Kristin Radwanick

Names and addresses of parties served *Via service through ECF system*

- Asst US Trustee (Col) - ustpregion09.cb.ecf@usdoj.gov
- Faye D. English - notices@ch13columbus.com

**Manual Notice List** *Via U.S. Mail, Postage Prepaid:*

Shawn Milliron
160 N. Wall Street #306
Columbus, OH 43215